IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**SHIRLEY SMITH,**  :
        Plaintiff,  :
           v.  :    Case No. 3:04cv0103
**LOWE'S HOME CENTERS, INC. et al.,**  :    Judge Rice
        Defendants.  :

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Shirley Smith and Defendants Lowe's Home Centers, Inc. and Brandon Beach hereby stipulate and agree that this action, be, and the same hereby is, dismissed with prejudice, with each party to bear its own costs and attorney's fees.

| | |
|---|---|
| */s/Don Brezine* | */s/ David A. Kadela* |
| Don Brezine (0018477) | David A. Kadela (0036863) |
| Brezine Law Offices | Littler Mendelson, P.C. |
| 188 West Hebble Ave. | Fifth Third Center |
| Fairborn, Ohio 45324 | 21 East State Street, Suite 1600 |
| Telephone: 937.879.2261 | Columbus, Ohio 43215 |
| Facsimile: 937.879.4267 | Telephone: 614.463.4201 |
| Email: hebblelaw@aol.com | Facsimile: 614.221.3301 |
| | Email: dkadela@littler.com |
| Attorney for Plaintiff | |
| Shirley Smith | Attorney for Defendants |
| | Lowe's Home Centers, Inc. |
| | and Brandon Beach |

## **CERTIFICATE OF SERVICE**

It is hereby certified that the forgoing has been filed via the electronic filing system on September 6, 2006. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

*/s/ David A. Kadela*
David A. Kadela

Firmwide:81377166.1 028756.1332
9/6/06 4:02 PM